IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UCB, INC., UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MYLAN TECHNOLOGIES INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 2:22-cv-00216-CR |

**JOINT NOTICE REGARDING JUDGMENT ENTERED BYTHE U.S. COURT OF
APPEALS FOR THE FEDERAL CIRCUIT**

Pursuant to paragraph 11 of the Discovery Schedule and Order (Doc. 48), Plaintiffs and Defendant submit this joint notice to notify the Court that on April 12, 2023 the U.S. Court of Appeals for the Federal Circuit issued a decision in *UCB, Inc. et al, v. Actavis Labs. UT, Inc.*, No. 2021-1924 (Fed. Cir.) (consolidated). The Federal Circuit affirmed the district court judgments, which held invalid the asserted claims of the '589 patent. The Federal Circuit's judgment and opinion are attached as Exhibit A and Exhibit B, respectively.

Dated: April 14, 2023

    UCB, INC., UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG

    By: /s/ *Ritchie E. Berger*
        Ritchie E. Berger
        DINSE P.C.
        P.O. Box 988
        Burlington, VT 05402
        (802) 864-5751
        rberger@dinse.com

Dated: April 14, 2023

    MYLAN TECHNOLOGIES, INC.

    By: /s/ *Michael F. Hanley*
        Michael F. Hanley
        PLANTE & HANLEY, P.C.
        Post Office Box 708
        White River Junction, VT 05001-0708
        (802) 295-3151 Ext. 102
        mfhanley@plantehanley.com