# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UCB, INC., UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MYLAN TECHNOLOGIES INC.,<br><br>Defendant/Counterclaim Plaintiff. | Case No. 2:22-cv-00216 CR |

## MYLAN'S REQUEST FOR STATUS CONFERENCE

Michael F. Hanley
Paul J. Perkins
**PLANTE & HANLEY, P.C.**
82 Fogg Farm Road
P.O. Box 708
White River Junction, VT 05001-0708
Telephone: (802) 295-3151
Facsimile: (802) 295-5281

Jitendra Malik, Ph.D.
Joseph M. Janusz
Christopher M. West
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone:  (704) 444-2000
jitty.malik@katten.com
joe.janusz@katten.com

Deepro R. Mukerjee
Lance A. Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jillian M. Schurr
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
jillian.schurr@katten.com

*Attorneys for Defendant Mylan Technologies Inc.*

Pursuant to Paragraph 11 of the March 24, 2023 Scheduling Order, Dkt. No. 48, the parties jointly notified the Court of the Federal Circuit's judgment in a related case. *See* Dkt. No. 50. Mylan hereby respectfully requests the Court schedule a telephone status conference at the Court's earliest convenience to discuss that decision's impact on this litigation, and the most efficient course for resolving Plaintiffs' claims in light of that decision as well as certain defenses Mylan has raised in this case. Specifically, Mylan seeks a status conference for two reasons.

First, the Federal Circuit's decision affirmed the invalidity of certain claims of the '589 Patent. Plaintiffs have alleged in this case that Mylan infringes the '589 patent and the related '174 patent. Accordingly, Mylan would like to discuss the impact of that decision on the currently asserted claims of the '589 and '174 patents.

Second, Mylan seeks the Court's guidance on early summary adjudication for certain of Mylan's non-patent affirmative defenses that present threshold questions for this case. In particular, Plaintiffs' claims under the other two patents at issue, namely the '979 and '980 patents, implicate a covenant not to sue (CNS) granted by Plaintiffs to Mylan to resolve the previous infringement action. *See* Dkt. No. 17 ¶¶ 34-35 (Answer); *id.* ¶¶ 21-23, 31-32 (Counterclaim). Mylan has raised an affirmative defense based on the CNS. *See* Dkt. No. 17 at 33. Mylan believes the CNS presents threshold questions ripe for partial summary judgment and respectfully requests the Court's guidance on scheduling and procedural matters in this regard.

On April 20, 2023, Mylan met and conferred with Plaintiffs to seek their consent to request a telephone status conference. Plaintiffs do not consent to this request. *See* Exhibit A.

Dated: April 24, 2023                    Respectfully submitted,

                                              **PLANTE & HANLEY, P.C.**

                                              s/ *Michael F. Hanley*
                                              Michael F. Hanley
                                              Paul J. Perkins

P0204552

82 Fogg Farm Road
P.O. Box 708
White River Junction, VT 05001-0708
Telephone: (802) 295-3151
Facsimile: (802) 295-5281

Deepro R. Mukerjee
Lance A. Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik, Ph.D.
Joseph M. Janusz
Christopher M. West
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone:  (704) 444-2000
jitty.malik@katten.com
joe.janusz@katten.com

Jillian M. Schurr
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
jillian.schurr@katten.com

*Attorneys for Defendant*
*Mylan Technologies Inc.*

P0204552